

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00925-CR

Pedro **MALDONADO MORALES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CR9135
Honorable Christine Del Prado, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED November 8, 2023.

Luz Elena D. Chapa, Justice